JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 735 -- In re Wedtech Corporation Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/06/08 | 1 | MOTION, BRIEF, EXHIBITS A-H, SCHEDULE OF ACTIONS A-1 THRU A-11, CERT. OF SVC. -- DEFENDANTS TOUCHE ROSS & CO. -- SUGGESTED TRANSFEREE DISTRICT; SOUTHERN DISTRICT OF NEW YORK. (tmq) |
| 87/06/10 | | SUPPLEMENTAL SERVICE(re: pldge. #1) -- (Attached to pldg.#1). (tmq) |
| 87/06/19 | | HEARING ORDER -- A-1 thru A-11 -- Settting motion to transfer for Panel Hearing on July 23, 1987, Boston, Massachusetts. (paa) |
| 87/06/19 | | APPEARANCE: RICHARD L. KLEIN, ESQ. for KPMG Peat Marwick Main & Co. and KMG Main Hurdman; SKADDEN, ARPS, SLATE, MEAGHER & FLOM for John Mariotta; RICHARD L. SPINOGATTI for Touche & Ross Co.; E. MICHAEL BRADLEY, ESQ. for Moseley Securities Corporation (formerly Moseley, Hallgarten, Eastbrook & Weeden, Inc., Frederick Moss); JEFFREY L. ZIVYAK, ESQ. for Richard Bluestine; STEPHEN A. WEINER, ESQ. for Bear, Stearns & Co. Inc. and Paul Hallingby, Jr.; LAWRENCE S. BADER, ESQ. for Anthony Guariglia; EDWARD H. ODESSER, ESQ. for Fred Neuberger; TERRI E. SIMON, ESQ. for Verne Orr; STEVEN R. ROSS, ESQ. for The Honorable Mario Biaggi and The Honorable Robert Garcia; BLAINE A'MMON WHITE, ESQ. for Michael Bowen Mitchell; RICHARD Z. FREEMAN, JR., ESQ. for Aim Advisors, Inc. and Aim Capital Management, Inc.; TERRY ROSE SAUNDERS, ESQ. for Frederick Asher. (tmq) |
| 87/06/19 | 2 | JOINDER(to pldg. #1) -- W/Letter requesting pleading be treated as a Joinder -- KPMG Peat Marwick Main & Co. and KMG Main Hurdman -- w/cert. of svc. (tmq) |
| 87/06/22 | 3 | REQUEST FOR EXTENSION OF TIME -- Defts. Biaggi and Garcia -- EXTENSION DENIED -- Notified involved counsel. (tmq) |
| 87/06/23 | | APPEARANCE: ALAN W. SPARER, ESQ. for W. Franklyn Chinn.(tmq) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 735 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/06/23 | 4 | LETTER/RESPONSE -- Defts. Biaggia and Garcia -- w/cert. of svc. (tmq) |
| 87/06/23 | 5 | RESPONSE(to pldge. #1) -- W. Franklyn Chinn -- w/cert. of svc. (tmq) |
| 87/06/23 | 6 | RESPONS(to pldge. #1) -- "Asher" -- w/cert. of svc. (tmq) |
| 87/06/23 | 7 | RESPONSE(to pldge.#1) -- Defts. Bear, Stearns & Co. Inc. and Paul Hallingby, Jr. -- w/cert. of svc. (tmq) |
| 87/06/24 |  | APPEARANCE: MARIAN PROBST ROSNER, ESQ. for Class Plaintiffs. (tmq) |
| 87/06/24 | 8 | RESPONSE/MEMO(to pldg. #1) -- Plaintiff Aim Advisors, Inc., et al. -- w/cert. of svc. (tmq) |
| 87/06/24 | 9 | RESPONSES (2) and MEMO -- New York consolidated actions plaintiffs -- (to pldgs. #1&2). (tmq) |
| 87/06/26 | 10 | SUPPLEMENTAL RESPONSE (to pldg. #2) -- Plaintiffs Aim Advisors, Inc, et al. -- W/Cert. of Svc. (paa) |
| 87/06/29 | 11 | RESPONSE(to pldg.#1) Fred Neuberger -- w/Letter requesting to file as a response and cert. of svc. (tmq) |
| 87/06/30 | 12 | SUPPLEMENTAL INFORMATION -- New York Consolidated actions plaintiffs -- w/cert. of svc. (tmq) |
| 87/06/30 | 13 | REPLY -- Deft. Touche Ross & Co. -- w/cert. of svc. (tmq) |
| 87/07/01 | 14 | RESPONSE (to pldg. #1) -- Moseley Securities Corp. and Frederick Moss -- w/cert. of service (cds) |
| 87/07/07 |  | APPEARANCE: FRANK PENSKI, ESQ. for Dykema, Gossett, Spencer, Goodnow & Trigg (cds) |

735          In re Wedtech Corporation Securities Litigation

| | |
|---|---|
| 87/07/23 | WAIVERS OF ORAL ARGUMENT FOR 7/23/87 HEARING: Moseley Securities Corporation (formerly known as Moseley, Hallgarten, Eastbrook & Weeden, Inc.) and Frederick Moss; Verne Orr; Fred Neuberger; Dykema, Gossett, Spencer, Goodnow & Trigg; W. Franklyn Chinn; The Honorable Mario Biaggi, The Honorable Robert Garcia. (tmq) |
| 87/07/23 | HEARING APPEARANCES FOR 7/23/87 BOSTON, MASSACHUSETTS: RICHARD L. SPINOGATTI, ESQ. for Touche Ross & Co.; RICHARD L. KLEIN, ESQ. for KPMG Peat Marwick Main & Co., KMG Main Hurdman; JOHN F. PRITCHARD, ESQ. for Bear, Stearns & Co. Inc. and Paul Hallingby, Jr.; MARIAN PROBST ROSNER, ESQ. for Class Plaintiffs; RICHARD Z. FREEMAN, JR., ESQ. for AIM Advisors, Inc. and AIM Capital Management, Inc.; TERRY ROSE SAUNDERS, ESQ. for Asher, et al. (tmq) |
| 87/08/05 | CONSENT OF TRANSFEREE DISTRICT -- for assignment of actions to Judge Sand in S.D. New York  (cds) |
| 87/08/05 | TRANSFER ORDER -- transferring A-1 and A-2 to the Southern District of New York before the Honorable Leonard B. Sand -- Notified involved judges, clerks, counsel and miscellaneous recipients  (cds) |
| 89/07/20 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-13 Frederick Asher, et al. v. Squadron, Ellenoff, Pleasant & Lehrer, N.D. Ill., C.A. No. 89-C-5057; B-14 AIM Advisors, Inc., et al. v. Squadron, Ellenoff, Plesant & Lehrer, S.D. Texas, C.A. No. H-89-2144 -- Notified involved counsel and judges. (ds) |
| 89/08/07 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-13 Frederick Asher, et al. v. Squadron, Ellenoff, Pleasant & Lehrer, N.D. Ill., C.A. No. 89-C-5057; B-14 AIM Advisors, Inc., et al. v. Squadron, Ellenoff, Plesant & Lehrer, S.D. Texas, C.A. No. H-89-2144 -- Notified involved judges and clerks  (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 735 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Wedtech Corporation Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 7/23/87 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | August 5, 1987 | TO | Unpublished | S.D. New York | Leonard B. Sand | |

M 21-46 LBS

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1  LISTING OF INVOLVED ACTIONS  Hon. Leonard B. Sand
S.D. New York

DOCKET NO. 735 -- In re Wedtech Corporation Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Aim Advisors, Inc., et al. v. Bear Stearns & Co., Inc., et al. | Tex.,S. Black | H-87-1361(NWB) | 8/5/87 | 87-5762 | | |
| A-2 | Frederick Asher, et al. v. John Mariotta, et al. | Ill.,N. Plunkett | 87C3205(JP) | 8/5/87 | 87-5763 | | |
| * A-3 | Betty Radler v. Wedtech Corp., et al. | N.Y.,S. Sand | 86 Civ 8628(LBS) | | | Closed | |
| * A-4 | David Ackerman, etc. v. Wedtech Corp., et al. | N.Y.,S. Sand | 86 Civ 8828(LBS) | | | | |
| * A-5 | William B. Weinberger, etc. v. Wedtech Corp., et al. | N.Y.,S. Sand | 86 Civ 8792(LBS) | | | | |
| * A-6 | Robert Havranek, et al. v. John Mariotta, et al. | N.Y.,S. Sand | 86 Civ 9103(LBS) | | | | |
| * A-7 | Edward Weinstein, et al. v. John Mariotta, et al. | N.Y.,S. Sand | 87 Civ 0073(LBS) | | | | |
| * A-8 | John Riebling v. Wedtech Corp., et al. | N.Y.,S. Sand | 86 Civ 8825(LBS) | | | | |
| * A-9 | Mason Silver, etc. v. Wedtech Corp., et al. | N.Y.,S. Sand | 86 Civ 8823(LBS) | | | | |
| * A-10 | Michael Gilman, et al., etc. v. Wedtech Corp., et al. | N.Y.,S. Sand | 86 Civ 8916(LBS) | | | | |
| * A-11 | Peter W. Shenon, M.D., etc. v. John Mariotta, et al. | N.Y.,S. Sand | 87 Civ 0902(LBS) | | | | |
| * | Actions consolidated in N.Y.,S. (In re Wedtech Securities Litigation, 86 Civ 8628(LBS)) Same as A-3 | | | | | | |

DOCKET NO. 735 -- In re WEDTECH Corporation Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-12 | Wedtech Corp. etc. v. Federal Insurance Co. | S.D.N.Y. | 88-3178 LBS | | | 1/24/89 | D |
| | *July 1988 - 2 TR/10 XYZ/12 Pending* | | | | | | |
| XYZ-6 | ~~Wedtech~~ ~~XXXXXX~~ /In/re/Wedtech/Corp/// *July 1989 - 1 Dis / 11 Pending* | | | | | | |
| B-13 | Frederick Asher, et al. v. Squadron, Ellenoff, Plesant & Lehrer 7/20/89 | Ill.,N. Moran | 89C5057 | 8/7/89 | 89-5663 | | |
| B-14 | AIM Advisors, Inc., et al. v. Squadron, Ellenoff, Plesant & Lehrer 7/20/89 | Tex.,S. Black | H-89-2144 | 8/7/89 | 89-5664 | | |

*July 1990 - 2 TR/13 Pending*
*July 1991 - ...*
*July 1992 - 2 TR/12 Pending/1 Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 735 -- In re Wedtech Corporation Securities Litigation

---

AIM ADVISORS, INC, ET AL. (A-1)
Richard Z. Freeman, Jr., Esquire
Ballard, Spahr, Andrews & Ingersoll
30 South 17th Street - 20th Floor
Philadelphia, PA 19103

FREDERICK ASHER, ET AL. (A-2)
Terry Rose Saunders, Esquire
Susman, Saunders & Buehler
Two First National Plaza
Suite 620
Chicago, Illinois 60603

BETTY RADLER (A-3)(CLASS PLAINTIFFS)
DAVID ACKERMAN, ETC. (A-3)
WILLIAM B. WEINBERGER, ETC. (A-5)
ROBERT HAVRANEK, ET AL. (A-6)
EDWARD WEINSTEIN, ET AL. (A-7)
JOHN RIEBLING (A-8)
MASON SILVER, ETC. (A-9)
MICHAEL GILMAN, ET AL. (A-10)
PETER W. SHENON, MD., ETC. (A-11)
Marion Rosner, Esquire
Wolf, Popper, Ross, Wolf & Jones
845 Third Avenue
New York, New York 10017

THE HONORABLE MARIO BIAGGI
THE HONORABLE ROBERT GARCIA
Steven R. Ross, Esquire
General Counsel to the Clerk
U.S. House of Representatives
H-105, The Capitol
Washington, D.C. 20515

MICHAEL BOWEN MITCHELL
Blaine A'mmon White, Esquire
Mitchell, Mitchell & Mitchell, P.A.
1239 Druid Hill Avenue
Baltimore, Maryland 21217

FRED NEUBERGER
Edward H. Odesser, Esquire
Benedict & Aiello, P.C.
320 Park Avenue
New York, New York 10022

VERNE ORR
Terri E. Simon, Esquire
McGuire & Tiernan
230 Park Avenue
New York, New York 10169

ANTHONY GUARIGLIA
Lawrence S. Bader, Esqure
Grand & Ostrow
641 Lexington Avenue
New York, New York 10022

RICHARD BLUESTINE
Jeffrey L. Zivyak, Esquire
875 Third Avenue
New York, New York 10022

BEAR, STEARNS & CO. INC.
PAUL HALLINGBY, JR.
Stephen A. Weiner, Esquire
Winthrop, Stimson, Putnam & Roberts
40 Wall Street
New York, New York 10005

TOUCHE & ROSS CO.
Richard L. Spinogatti, Esquire
Shea & Gould
330 Madison Avenue
New York, New York 10017

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. _____ -- _____

---

FREDERICK MOSS, MOSELEY SECURITIES
  CORP.(formerly MOSELEY, HALLGARTEN,
  EASTABROOK & WEEDEN, INC.)
E. Michael Bradley, Esquire
Brown & Wood
1 World Trade Center
New York, New York 10048

KPMG PEAT MARWICK MAIN & CO.
KMG MAIN HURDMAN
Richard L. Klein, Esquire
Willkie Farr & Gallagher
One Citicorp Center
153 East 53rd Street
New York, New York 10022

JOHN MARIOTTA
Jeffrey Glekel, Esquire
Skadden, Arps, Slate, Meagher
  & Flom
919 Third Avenue
New York New York 10022-9931

RICHARD BIAGGI
BERNARD EHRLICH
BIAGGI & EHRLICH (No App. Rec'd)
Dominic R. Amorosa, Esq.
233 Broadway
Suite 3008
New York, New York 10279

Vito Castellano (No App. Rec'd)
21 Skyview Drive
Armonk, New York

Richard E. Cavazos (No App. Rec'd)
595 Gerard Avenue
Bronx, New York

W. FRANKLYN CHINN
Alan Sparer, Esquire
Howard, Rice Nemerovski, Kanady,
Robertson & Falk
3 Embarcadero Center, 7th Fl
San Francisco, CA 94111

DYKEMA, GOSSETT, SPENCER,
  GOODNOW & TRIGG
Frank H. Penski, Esq.
Nixon, Hargrave, Devans & Doyle
30 Rockefeller Plaza
New York, New York 10112

ANTHONY GUARIGLIA (No App. Rec'd)
Larry Bader, Esquire
Grand & Ostrow
641 Lexington Ave
New York, New York

Clarence Mitchell, III (No App. Rec'd)
1239 DSruid Hill Avenue
Baltimore, MD 21217

MARIO MORENO (No App. Rec'd)
Arthur H. Christy, Esquire
Christy & Viener
620 Fifth Ave.
New York, New York 10022

ALFRED RIVERA (No App. Rec'd)
Lawrence I. Wolfson, Esquire
550 Old Country Road
Hicksville, New York 11801


Stanley Simon (No App. Rec'd)
555 West 2436th Streeet
Bronx, New York 10471

WEDTECH CORPORATION                               d)
Lorna Graham, Esq.
Pollner, Mezan, Stolzberg, Berger
  & Glass
360 Lexington Avenue
New York, NY 10017

LAWRENCE SHORTEN
Karl Savryn, Esq.
Dornbush, Mensch, Mendestam
  & Silverman
747 Third Avenue
New York, NY 10017

```
JPML FORM 4A -- Continuation
                              Panel Attorney Service List -- p.    3

DOCKET NO.    735   -- In re Wedtech Corporation Securities Litigation
```

FREDERICK ASHER, ET AL. (B-13)
Terry Rose Saunders, Esq.
Susman, Saunders & Buehler
Suite 620
Two First National Plaza
Chicago, Illinois  60603

AIM ADVISORS, INC., ET AL. (B-14)
Richard Z. Freemann, Jr., Esq.
Ballard, Spahr, Andrews & Ingersoll
30 South 17th Street, 20th Floor
Philadelphia, Pennsylvania  19103

Phillip T. Bruns, Esq.
Gibbs & Ratliff
3400 InterFirst Plaza
1100 Louisiana
Houston, Texas  77002

SQUADRON, ELLENOFF, PLESANT & LEHRER
Michael Silverberg, Esq.
Obermaier, Morvillo & Abramowitz
Suite 1500
1120 Avenue of the Americas
New York, New York  10036

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 735 -- In re Wedtech Corp. Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| BEAR, STEARNS & CO., INC. | 1-2-3-8-11 |
| BLUESTINE, RICHARD | 1-2 |
| CAVAZOS, RICHARD E. | 1-2 |
| CHINN, N. FRANKLIN | 1-2-3-4-5-6-7-8-9-10-11 |
| EHRLICH, BERNARD G. | 1-2-3-4-5-7-8-9-10-11 |
| FELTER, JOSEPH H., JR. | 11 |
| HALLINGBY, PAUL, JR. | 1-2-4-5-6-7-8-9-10-11 |
| KMG MAIN HURDMAN | 1-2-3-4-8-9-10-11 |
| KPMG PEAT MARWICK | 2 |
| MARIOTTA, JOHN | 2-3-4-5-6-7-8-9-10-11 |
| MORENO, MARIO | 1-2-4-5-6-7-8-9-10-11 |

p. 2

| Name | Entries |
|---|---|
| MOSLEY, HALLGARTEN EASTABROOK & WEEDEN, INC. | 2-3-4-8-10 |
| MOSS, FREDERICK | 2-5-8-9-10-11 |
| NUEUBERGER, FRED | 1-2-3-4-5-6-7-8-9-10-11 |
| ORR, VERNE | 2-3-5-6-7-8-9-10-11 |
| RIVERA, ALFRED | 1-3-4-5-6-7-8-9-10-11 |
| SHORTEN, LAWRENCE | 1-2-3-4-5-6-7-8-9-10-11 |
| TOUCHE ROSS & CO. | 1-2-11 |
| WEDTECH CORP. | 3-4-5-6-8-9-10 |
| GUARIGLIA, ANTHONY | 1-2-4-5-6-7-8-9-10-11 |